

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00136-CV

## IN RE KENNETH CASEY, JR., INDIVIDUALLY
## AND AS NEXT FRIEND OF K.C., A MINOR,
## DIANN WILSON CASEY, KOREY CASEY, AND TERRI SYMONDS

_____

## Original Proceeding

## MEMORANDUM OPINION

Relators' petition for writ of mandamus is denied.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed June 14, 2017
[OT06]

